```
1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California  93721
4  Telephone:  (559) 497-4000
```



FILED
MAR 23 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of ) Case NO. 1:08-SW-318 GSA
1325 YOSEMITE BLVD. )
MODESTO, CA ) REQUEST TO **UNSEAL** SEARCH WARRANT
)

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and application and affidavit in support of the search warrant in the above-captioned proceeding be and is hereby unsealed.

Date: _March 23, 2011

_____
Honorable Sandra M. Snyder
United States Magistrate Judge